UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-05535-KAW<br><br>**ORDER LIFTING STAY, DISSOLVING TEMPORARY RESTRAINING ORDER, AND DISCHARGING ORDER TO SHOW CAUSE** |

On February 28, 2019, the case was stayed pursuant to a stipulation by the parties, so that Plaintiff's loan modification application could be reviewed. (Dkt. No. 17.) On May 24, 2019, Plaintiff filed an ex parte application for a temporary restraining order to enjoin the sale of the subject property, which was scheduled for Trustee's Sale on May 29, 2019. (Dkt. No. 19-1 at 1.) On May 28, 2019, the Court granted the ex parte application, temporarily enjoining the sale of the subject property, and issued an order to show cause to Defendants to address the propriety of the Trustee's Sale while the case was stayed. (Dkt. No. 21 at 2.) On June 3, 2019, Defendants filed a response to the order to show cause. (Dkt. No. 22.)

On July 9, 2019, the Court held a case management conference, where all of these matters were addressed. Accordingly, for the reasons stated on the record, the undersigned LIFTS the stay, DISSOLVES the temporary restraining order, and DISCHARGES the May 28, 2019 order to show cause.

IT IS SO ORDERED.

Dated: July 15, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge